# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 14, 2023

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

**Certified Article Number**

9414 7266 9904 2216 0241 72

**SENDER'S RECORD**

**Certified Article Number**

9414 7266 9904 2216 0241 65

**SENDER'S RECORD**

James M. Leavitt
87 Pioneer Avenue
Sanford, ME 04073

James M. Leavitt
330 Congress Street
Millinocket, ME 04462-1514

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      87 Pioneer Avenue, Sanford, ME 04073
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Flagstar Bank, NA, the Mortgagee, Lakeview Loan Servicing, LLC and the Owner/Investor, Lakeview Loan Servicing, LLC pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of CrossCountry Mortgage, Inc. its successors and assigns (if MERs) dated June 8, 2018 and recorded in the York County Registry of Deeds in Book 17730, Page 248. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

```
REIN 0440756913            PAYMENT SUMMARY              11/08/23  13:08:30
JM LEAVITT  MAN F INV P35/001/0221894228  TYPE RHS LOAN              FC 1
DUE 07/01/22  CURRENT: P&I    762.39  ESC.      463.78   INT.  5.00000
--------------------------------------------------------------------------
BEGIN    RATE         P&I        ESCROW      PAYMENT     #        TOTAL
07-22   5.00000     762.39      463.78     1,226.17     4      4,904.68
11-22   5.00000     762.39      465.64     1,228.03     3      3,684.09
02-23   5.00000     762.39      425.39     1,187.78     1      1,187.78
03-23   5.00000     762.39      430.21     1,192.60     8      9,540.80
11-23   5.00000     762.39      434.93     1,197.32     1      1,197.32
                                                       17     20,514.67
```

A portion of the amount due is reasonable interest in the amount of $9,414.92.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$20,514.67** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Flagstar Bank, NA, Payment Processing, 5151 Corporate Dr., Troy, MI 48098. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Flagstar Bank, NA at (248) 312-2000 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Lakeview Loan Servicing, LLC, the mortgage servicer, which is Flagstar Bank, NA or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Lakeview Loan Servicing, LLC is the Owner/Investor in the

note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Flagstar Bank, NA at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Flagstar Bank, NA
Loss Mitigation Department/Loan Resolution
5151 Corporate Dr.
Troy, MI 48098
(248) 312-2000

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Flagstar Bank, NA
Lakeview Loan Servicing, LLC

by its attorney

Reneau J. Longoria, Esq.

SM

cc: Client

    Bureau of Consumer Credit Protection

Attachment: HUD Approved Housing Counseling Agencies

57148

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: **N/A**<br>W: **www.penquis.org**<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: **jason.thomas@ceimaine.org**<br>W: **www.ceimaine.org**<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: **ndigeronimo@avestahousing.org**<br>W: **www.avestahousing.org**<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: **meaghan.arzberger@yccac.org**<br>W: **www.yccac.org**<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: **homequest@community-concepts.org**<br>W: **https://www.ccimaine.org/**<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: **housing@kvcap.org**<br>W: **www.kvcap.org**<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: **www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: **www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**FORECLOSURE DEPARTMENT**
**PAYOFF QUOTE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 11/9/2023 | | | | | | |
| LOAN NUMBER | 0440756913 | | | | | | |
| BORROWER NAME | LEAVITT | | | | | | |
| PROPERTY ADDRESS | 87 PIONEER AVE | | | | | | |
| CITY, STATE, ZIP | SANFORD ME 04073 | | | | | | |

| | | | |
|---|---|---|---|
| PAYOFF GOOD THROUGH DATE | 11/10/2023 | PRINCIPAL BALANCE | $ 168,282.90 |

PAST DUE PAYMENT & RATE INFO

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FROM DATE | 6/1/2022 | TO DATE | 11/10/2023 | RATE | 5 | PAYMENT | $ | 9,597.32 |
| FROM DATE | | TO DATE | | RATE | | PAYMENT | $ | - |
| FROM DATE | | TO DATE | | RATE | | PAYMENT | $ | - |
| FROM DATE | | TO DATE | | RATE | | PAYMENT | $ | - |
| FROM DATE | | TO DATE | | RATE | | PAYMENT | $ | - |
| FROM DATE | | TO DATE | | RATE | | PAYMENT | $ | - |

| | |
|---|---|
| PRORATED EARNED MORTGAGE INSURANCE DUE | $ 192.25 |

| | |
|---|---|
| LATE CHARGE AT TIME OF REFERRAL | $ - |
| **SUB TOTAL** | **$ 178,072.47** |

| | | | |
|---|---|---|---|
| ESCROW ADVANCE | $ 4,047.51 | | |
| | | ESCROW OVERDRAFT TOTAL | $ 4,047.51 |

FEES AND COSTS

| | |
|---|---|
| ATTORNEY FEES & COSTS | $ 1,409.78 |
| PROPERTY INSPECTONS | $ 113.75 |
| PROPERTY PRESERVATION | $ - |
| APPRAISAL/BPO/TITLE | $ 415.00 |
| MISC FEES (FAX-EMAIL,WESTERN UNION,NSF, DOC PREP FEE) | $ - |

| | |
|---|---|
| **FEES AND COST TOTAL** | **$ 1,938.53** |

| | |
|---|---|
| SUSPENSE | $ - |
| POSITIVE ESCROW | $ - |

| | |
|---|---|
| **CREDIT TOTAL** | **$ -** |

| | |
|---|---|
| **PAYOFF TOTAL DUE** | **$ 184,058.51** |



WALZ
CERTIFIED
MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0822

Label #1

Label #2

Label #3

James M. Leavitt
87 Pioneer Avenue
Sanford, ME 04073

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

TEAR ALONG THIS LINE

### U.S. Postal Service®
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2216 0241 65

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.35 | |
| Return Receipt (Hardcopy) | $ 3.55 | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $ .87 | |
| Total Postage and Fees | $ 8.77 | |

Sent to:

James M. Leavitt
87 Pioneer Avenue
Sanford, ME 04073

**Reference Information**

SM/BS
James Leavitt
57148

PS Form 3800, Facsimile, July 2015

Label #5 (OPTIONAL)

Label #7 - Certified Mail Article Number

**Label #6 - Return Receipt Barcode (Sender's Record)**

Label #4

9590 9266 9904 2216 0241 68

FOLD AND TEAR THIS WAY ⟶



Label #1

Label #2

Label #3

James M. Leavitt
330 Congress Street
Millinocket, ME 04462-1514

A  FOLD AND TEAR THIS WAY ⟶  OPTIONAL

B

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2216 0241 75

Label #4

FOLD AND TEAR THIS WAY ⟶

Label #7 - Certified Mail Article Number

---

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2216 0241 72

| | | |
|---|---|---|
| Certified Mail Fee | $ 4.35 | |
| Return Receipt (Hardcopy) | $ 3.55 | Postmark Here |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .87 | |
| Total Postage and Fees | $ 8.77 | |

Sent to:
**James M. Leavitt**
**330 Congress Street**
**Millinocket, ME 04462-1514**

**Reference Information**

SM/BS
James Leavitt
57148

PS Form 3800, Facsimile, July 2015

BS-57148



**Doonan, Graves & ]**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

CERTIFIED MAIL



9414 7266 9904 2236 0243 65

James M. Leavitt
87 Pioneer Avenue
Sanford, ME 04073

FIRST-CLASS



US POSTAGE AND PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77⁰
NOV 14 2023



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-57148

James M. Leavitt
87 Pioneer Avenue
Sanford, ME 04073

FIRST-CLASS





US POSTAGE from PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.87⁰

NOV 14 2023

BS-5748



**Doonan, Graves & ~**
ATTORNEYS AT LAW | EXCE
100 CUMMINGS CENTER,
BEVERLY, MASSACHUSE

9414 7266 9904 2216 0241 72

James M. Leavitt
330 Congress Street
Millinocket, ME 04462-1514

FIRST-CLASS





US POSTAGE *and* PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 008.77⁰

NOV 14 2023



**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

BS-57148

James M. Leavitt
330 Congress Street
Millinocket, ME 04462-1514

FIRST-CLASS

US POSTAGE from PITNEY BOWES

ZIP 01915
02 7H
0001338074

$ 000.870

NOV 14 2023

 **UNITED STATES POSTAL SERVICE**®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing.
This form may be used for domestic and international mail.

**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

James M. Leavitt

87 Pioneer Avenue

Sanford, ME  04073

PS Form **3817**, April 2007 PSN 7530-02-000-9065

To pay fee, affix stamps or meter postage here

Postmark Here



$1.85 0
US POSTAGE
FIRST-CLASS
062S0011238745
FROM 01915

CUMMINGS STATION
NOV 2023
BEVERLY MA 01915

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here



**From:**

Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:**

James M. Leavitt

330 Congress Street

Millinocket, ME  04462-1514

Postmark Here



PS Form **3817**, April 2007 PSN 7530-02-000-9065

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC
Owner of the mortgage:Lakeview Loan Servicing, LLC
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:sm@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Flagstar Bank, NA
Loss Mitigation Department/Loan Resolution
5151 Corporate Dr.
Troy, MI 48098
(248) 312-2000


-----

Consumer Information

-----

Consumer First name:James
Consumer Middle Initial/Middle Name: M
Consumer Last name:Leavitt
Consumer Suffix:
Property Address line 1:87 Pioneer Avenue
Property Address line 2:
Property Address line 3:
Property Address City/Town:Sanford
Property Address State:
Property Address zip code:04073
Property Address County:York

-----

Notification Details

-----

Date notice was mailed:11/14/2023
Amount needed to cure default:20,514.67
Consumer Address line 1:87 Pioneer Avenue
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Sanford
Consumer Address State:ME
Consumer Address zip code:04073

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves & Longoria, LLC

Owner of the mortgage:Lakeview Loan Servicing, LLC

What term best describes the owner of the mortgage?:Private mortgage lender

Filer's Email Address:sm@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Flagstar Bank, NA

Loss Mitigation Department/Loan Resolution

5151 Corporate Dr.

Troy, MI 48098

(248) 312-2000


-----

Consumer Information

-----

Consumer First name:James

Consumer Middle Initial/Middle Name: M

Consumer Last name:Leavitt

Consumer Suffix:

Property Address line 1:87 Pioneer Avenue

Property Address line 2:

Property Address line 3:

Property Address City/Town:Sanford

Property Address State:

Property Address zip code:04073

Property Address County:York


-----

Notification Details

-----

Date notice was mailed:11/14/2023

Amount needed to cure default:20,514.67

Consumer Address line 1:330 Congress Street

Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Millinocket

Consumer Address State:ME

Consumer Address zip code:04462

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _(signature)_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 11/16/23

9590 9266 9904 2216 0241 75

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

James M. Leavitt
330 Congress Street
Millinocket, ME 04462-1514

3. Service Type:
☒ Certified Mail

Reference Information

SM/BS
James Leavitt
57148

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2216 0241 72

Domestic Return Receipt

Return Receipt Service