UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Lakeview Loan Servicing, LLC** | CIVIL ACTION NO: |
| Plaintiff | LOCAL RULE 7.1 DISCLOSURE STATEMENT |
| vs. | RE:<br>87 Pioneer Avenue, Sanford, ME 04073 |
| **James M. Leavitt** | Mortgage:<br>June 8, 2018<br>Book 17730, Page 248<br>York County Registry of Deeds |

Pursuant to Federal Rule of Civil Procedure 7.1, 28 U.S.C. § 1332 and to enable District Judges and Magistrate Judges of the Court to evaluate the basis for Diversity Jurisdiction, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Plaintiff hereby submits Local Rule 7.1 Disclosure Statement, and Plaintiff states the following:

This Honorable Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs.

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
Lakeview Loan Servicing, LLC. - Plaintiff
James M. Leavitt - Defendant

Lakeview Loan Servicing, LLC is a Limited Liability Company with its principal place of business located at 4425 Ponce De Leon Boulevard, Mailstop MS5/521, Coral Gables, FL

33146. The sole member of Lakeview Loan Servicing is Bayview MSR Opportunity Corporation, a Delaware Corporation with its principal place of business located at 4425 Ponce De Leon Boulevard, Mailstop MS5/521, Coral Gables, FL 33146 and therefore, for diversity purposes is a resident of Delaware and Florida.

The Defendant, James M. Leavitt, is a resident of Sanford, County of York and State of Maine and therefore, for diversity purposes is a resident of Maine. .

The object of this litigation is a Note executed under seal currently owned and held by Plaintiff, Lakeview Loan Servicing, LLC. is a Limited Liability Company, in which James M. Leavitt is the obligor and the total amount owed under the terms of the Note, as of January 3, 2024 is One Hundred Eighty-Five Thousand One Hundred Seventeen and 49/100 ($185,117.49) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $168,282.90 |
| Interest | $10,579.40 |
| Escrow Advance | $4,047.51 |
| Attorney Fees & Costs | $1,938.53 |
| PMI Premium | $269.15 |
| Grand Total | $185,117.49 |

Thus, the amount in controversy well exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars, citizenship of the parties is diverse, and jurisdiction is proper.

Respectfully submitted,
Lakeview Loan Servicing, LLC
By its attorneys

Dated: January 30, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq. hereby certify that on January 30, 2024, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                                                     <u>/s/Reneau J. Longoria, Esq.</u>  
                                                     Reneau J. Longoria, Esq. Bar No. 005746  
                                                     Attorney for Plaintiff  
                                                   Doonan, Graves & Longoria, LLC  
                                                   100 Cummings Center, Suite 303C  
                                                   Beverly, MA 01915  
                                                   (978) 921-2670  
                                                   RJL@dgandl.com

James M. Leavitt  
87 Pioneer Ave.  
Sanford, ME. 04073