UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Lakeview Loan Servicing, LLC<br><br>Plaintiff | CIVIL ACTION NO: 2:24-cv-00026-JAW<br><br>JUDGMENT OF FORECLOSURE AND SALE |
| vs.<br><br>James M. Leavitt<br><br>Defendant | RE:<br>87 Pioneer Avenue, Sanford, ME 04073<br><br>Mortgage:<br>June 8, 2018<br>Book 17730, Page 248 |

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on December 9, 2024. Plaintiff, Lakeview Loan Servicing, LLC, was present and represented by Reneau J. Longoria, Esq. Defendant, James M. Leavitt, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay Lakeview Loan Servicing, LLC ("Lakeview") the amount adjudged due and owing ($205,364.94) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Lakeview shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $168,282.90 |
| Interest | $16,792.64 |
| Escrow Advance | $9,398.24 |
| Recoverable Corporate Advance Balance | $10,649.88 |
| Pro Rate MIP/PMI Amount | $221.28 |
| Fees | $20.00 |
| Grand Total | $205,364.94 |

2. If the Defendant or his/her heirs or assigns do not pay Lakeview the amount adjudged due and owing ($205,364.94) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Sanford Property shall terminate, and Lakeview shall conduct a public sale of the Sanford Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $205,364.94 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. Lakeview may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, Lakeview may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $205,364.94, and Defendant, James M. Leavitt, having failed to comply with the terms of the Note, the object of this litigation, is in breach of

both the Note and Mortgage. Plaintiff has waived its deficiency and accordingly, this action does not seek personal liability on the part of the Defendant, and this Judgment shall act solely as an *in rem* Judgment against the subject property.

6. Lakeview Loan Servicing, LLC has first priority, in the amount of $205,408.94, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

7. The prejudgment interest rate is 5.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.55%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue – December 2023, 4.55% plus 6% for a total post-judgment interest rate of 10.55%).

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon Boulevard,<br>Mailstop MS5/521<br>Coral Gables, FL 33146 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | James M. Leavitt<br>87 Pioneer Avenue<br>Sanford, ME 04073 | Pro Se |

PARTIES-IN-INTEREST

a) The docket number of this case is No. 2:24-cv-00026-JAW.

b) The Defendant, the only parties to these proceedings besides Lakeview, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 87 Pioneer Avenue, Sanford, ME 04073, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 87 Pioneer Avenue, Sanford, ME 04073. The Mortgage was executed by the Defendant, James M. Leavitt on June 8, 2018. The book and page number of the Mortgage in the York County Registry of Deeds is Book 17730, Page 248.

e) Defendant, James M. Leavitt, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Plaintiff has waived its deficiency and accordingly, this action does not seek personal liability on the part of the Defendant, and this Judgment shall act solely as an *in rem* Judgment against the subject property.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 87 Pioneer Avenue, Sanford, ME 04073.

**SO ORDERED**

DATED THIS 9th DAY OF December, 2024

_____
U.S. DISTRICT JUDGE